IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01042-WYD-PAC

CARDTRONICS, a Delaware limited partnership,

    Plaintiff,

v.

VERNON PADILLA, individually, and
PADILLA'S LIQUOR & SERVICE, INC., a Colorado corporation,

    Defendants.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE   O.  EDWARD   SCHLATTER**

    IT IS HEREBY **ORDERED** that the Plaintiff's Petition/Motion for Writ of Assistance and Order [doc. # 31 filed October 31, 2006] is   **GRANTED.**

Dated:  January 9, 2007