# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Gudrun J. Rice

| | |
|---|---|
| **Civil Action No.:** 06-cv-01042-WYD-PAC | **FTR** - Reporter Deck - Courtroom A-501 |
| **Date: April 10, 2007** | Courtroom Deputy, Ellen E. Miller |

___

CARDTRONICS,                                        Stephanie D. Loughner
a Delaware limited partnership,

    **Plaintiff(s),**

v.

VERNON PADILLA, individually, and         - - - - - - - - - -
PADILLA'S LIQUOR & SERVICE, INC.,

    **Defendant(s).**
___
### COURTROOM   MINUTES  /  MINUTE  ORDER
___

**HEARING:   MOTIONS  HEARING**
**Court in Session:**     3:15  p.m.

Court calls case. The time set for this hearing is 3:00 p.m. The Court has waited to call the case to allow time for the Defendant to appear. Defendant does not appear.
Appearance of Plaintiff's counsel. Defendant does not appear nor does any legal representative for Defendant(s).

It is noted the Defendant also did not appear for the Rule 69 Debtor Examination Hearing set today at 2:00 p.m. in the Alfred A. Arraj United States Courthouse.

Plaintiff through Ms. Loughner makes an Oral Motion for a Bench Warrant for Defendant's failure to appear and failure to produce documents pursuant to the Subpoena.
Discussion is held.

**It is ORDERED:**     Plaintiff's Oral Motion for a Bench Warrant is **DENIED** for the reasons set forth on the record.

Discussion is held regarding the e-mail purportedly from Mr. Padilla which has been docketed as a Motion for Extension of Time.

*06-cv-01042-WYD-PAC*
*Motions Hearing*
*April 10, 2007*

**It is ORDERED:**     Defendant's MOTION FOR EXTENSION OF TIME (Docket No. **50,** Filed April 06, 2007) is **GRANTED** for the reasons set forth on the record.

**It is ORDERED:**     The **RULE 69 HEARING** shall be held APRIL 17, 2007 at 3:00 p.m. Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.
A **MOTIONS HEARING** is set **APRIL 17, 2007 at 4:00 p.m.** Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

**It is ORDERED:**     Plaintiff's MOTION TO RELEASE PROPERTY PURSUANT TO WRIT OF EXECUTION (Docket No. **46,** Filed March 21, 2007) is **HELD IN ABEYANCE** to be heard April 17, 2007 at 4:00 p.m.

Plaintiff is directed to issue a Subpoena and to effect personal service of a copy of the Court Order on the Defendant.

HEARING CONCLUDES.

**Court in recess:**     3:21   p.m.
Total In-Court Time:     00:06