IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01042-WYD-PAC

CARDTRONICS, a Delaware limited partnership,

    Plaintiff,

v.

VERNON PADILLA, individually, and
PADILLA'S LIQUOR & SERVICE, INC., a Colorado corporation,

    Defendants.

_____

### ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE

    This matter having come before the Court for a hearing on Return of Summons scheduled for June 25, 2007 at 9:30 a.m., and the Court being sufficiently advised in the premises:

    The Court adopts the following findings of fact:

1. Defendant Vernon Padilla failed to appear for the hearing on the Return of Summons.

2. Plaintiff's counsel, Stephanie D. Loughner, was present for Plaintiff Cardtronics.

    IT IS HEREBY **ORDERED** that Defendant has to and including **Monday, July 2, 2007 by 9:30 a.m.** within which to provide to Plaintiff's counsel, all documents that have been requested in the Subpoena to Produce, Exhibit A.

    IT IS **ORDERED** that the Court *vacates and resets* the hearing on the Return on the Summons from July 2, 2007 at 9:30 a.m. to **July 16, 2007 at 3:00 p.m.**, in Courtroom A502, before Magistrate Judge Michael J. Watanabe.

IT IS **FURTHER ORDERED** that counsel for plaintiff is ordered to serve notice of the order to produce and notice of hearing on the defendant.

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  June 27, 2007

By the Court:

s/Gudrun J. Rice
GUDRUN J. RICE
United States Magistrate Judge