IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01042-WYD-PAC

CARDTRONICS, a Delaware limited partnership,

    Plaintiff,

v.

VERNON PADILLA, individually, and
PADILLA'S LIQUOR & SERVICE, INC., a Colorado corporation,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE MICHAEL J.  WATANABE**

    This matter comes before the Court on Plaintiff's Motion to Vacate Hearing on Return of Summons (Docket No.  82, Filed July 13, 2007) ("the motion")

    IT IS HEREBY **ORDERED** the motion is **GRANTED.**   It is further

    **ORDERED**   the hearing on Return of Summons set July 16, 2007 at 3:30 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado   is   **VACATED.**   As Mr. Padilla is *Pro Se,* and would not receive electronic notice of this Order, Plaintiff's counsel shall contact Mr. Padilla to advise him that the hearing scheduled today  is vacated.

Dated:  July 16, 2007