IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01042-WYD-KLM

CARDTRONICS, a Delaware limited partnership,

    Plaintiff,

v.

VERNON PADILLA, individually, and
PADILLA'S LIQUOR & SERVICE, INC., a Colorado corporation,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on Plaintiff's Report of Appraisal and Motion for Authorization to Sell Safe Deposit Box Contents (Docket No. **86,** Filed August 08, 2007) ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED.**

    IT IS FURTHER **ORDERED** that Plaintiff is authorized to sell the contents of Defendants' safe deposit boxes obtained by Writ of Execution.   Plaintiff shall report and apply all proceeds to the Default Judgment against Defendants entered on August 18, 2006.


Dated:  September 6, 2007